JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HAROS, JR., <br>     Plaintiff, <br>     v. <br> CAROLYN W. COLVIN, <br> COMMISSIONER OF SOCIAL <br> SECURITY, <br>     Defendant. | Case No. LA CV 15-6471 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.[1]

DATED: August 23, 2016

_____
Hon. Jay C. Gandhi
United States Magistrate Judge

---

[1] Accordingly, Plaintiff's separate request for remand, filed after the Joint Stipulation, is DENIED AS MOOT. [*See* Dkt. No. 19.]