Eliot R. Samulon
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626)795-0681
Facsimile: (626)795-0725
esamulon@pottercohenlaw.com

Attorneys for Plaintiff,
ARMANDO HAROS, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARMANDO HAROS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, <br><br> Defendant | Case No.: CV 15-6471 JCG <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $6,750.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: January 24, 2017      _____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE